**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

Thomas A. Walsh,

               Plaintiff,

      v.

J. Reuben Long Detention Center,

            Defendant.

Case No. 1:25-cv-2106-RMG

**ORDER**

     Before the Court is the Report and Recommendation (R&R) of the Magistrate Judge recommending that the Court summarily dismiss Plaintiff's case. (Dkt. No. 12).

     At the time of filing this action, Plaintiff was a pretrial detainee at the J. Reuben Long Detention Center. Plaintiff alleges that Defendant violated his Eighth Amendment constitutional rights through "inadequate medical care, unsafe or hazardous living conditions, inhuman conditions, no protection from abuse, improper use of taser / cell extraction, [and] body mutilation." (*See generally* Dkt. No. 1 at 5). Due to Plaintiff's failure to plead facts supporting his allegations, the Magistrate Judge ordered that Plaintiff bring his case into proper form. (Dkt. No. 7). Plaintiff failed to do so, and the Magistrate Judge recommended that his case be summarily dismissed without leave for amendment. (Dkt. No. 12). The Proper Form Order served on Plaintiff was subsequently returned as undeliverable to the Clerk of Court's office on May 5, 2025. (Dkt. No. 14).

     Plaintiff's failure to bring his case into proper form or file any objections to the R&R appears to be the result of the inability to serve him. As a result, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's case.

     **AND IT IS SO ORDERED.**

1

 s/ Richard M. Gergel
Richard Mark Gergel
United States District Judge

May 16, 2025
Charleston, South Carolina